UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

David Stanley,

        Plaintiff,

–v–

CUNY, John Jay College,

        Defendant.

---

18-CV-4844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 18, 2019, the Court received a letter from Plaintiff that has now been docketed. To the extent that Plaintiff seeks relief from the judgment, he must make a motion under Federal Rule of Civil Procedure 60. The Court sets December 23, 2019 as the deadline by which Plaintiff may make this motion on the grounds raised in his letter. Before filing any motion, Plaintiff must either obtain new counsel or file a notice of *pro se* appearance. Chambers will mail a copy of this Order to Plaintiff and note its mailing on the docket.

    SO ORDERED.

Dated: November 21, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge