UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



David Stanley,

             Plaintiff,

–v–

CUNY, John Jay College,

             Defendant.

18-CV-4844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 18, 2019, the Court received a letter from the Plaintiff, David Stanley, alleging that his counsel, Courtney Davy, had a serious conflict of interest during his representation of the Plaintiff in the above-captioned matter. On November 21, 2019, the Court ordered Mr. Davy to show cause by December 23, 2019, why this matter should not be referred to this District's Grievance Committee. As of the date of this Order, the Court is not in receipt of a response from Mr. Davy. The Court extends Mr. Davy's deadline to respond to the Order to Show Cause to January 21, 2020. If Mr. Davy does not respond by this date, the Court will refer this matter to the Grievance Committee. Chambers will mail a copy of this Order to Mr. Stanley and Mr. Davy and note its mailing on the docket.

    SO ORDERED.

Dated: January ___, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge