USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4139 4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Stanley,

          Plaintiff,

–v–

CUNY, John Jay College,

          Defendant.

18-cv-4844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Mr. Stanley's pro se motion requesting a ninety-day extension of time to file his second amended complaint (Dkt. No. 52) is GRANTED. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Stanley and to note the mailing on the public docket.

    SO ORDERED.

Dated: February 17, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge