**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 661-5306

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/21
```

August 11, 2021

**VIA ECF**
Hon. Alison J. Nathan
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Stanley v. CUNY and John Jay College*
             <u>Civil Action No.: 18-CV-4844 (AJN)</u>

Hon. Judge Nathan:

    I represent the Plaintiff and write to respectfully request a two-week extension of the deadline to file Plaintiff's Second Amended Complaint, hence by **August 25, 2021**. By order, dated July 28, 2021, this court directed that I file an amended complaint within fourteen days. [DN 64].  SO ORDERED.

    The reasons motivating this request is that I am currently out of the office on vacation and am due to return on August 21st, 2021. I was hoping to finish drafting the amended complaint while on vacation but am having difficulty and require additional information from Mr. Stanley.

    I do not anticipate requiring further extensions of time and apologize to the court for any inconvenience caused. Defendants' counsel has graciously consented to this request contingent on this being the final request for an extension.

                                                      SO ORDERED.

                                                      Respectfully submitted,

*/s/ Alison J. Nathan*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
8/11/21

                                                      Ian F. Wallace