UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/21
```

David Stanley,

            Plaintiff,

–v–

CUNY, John Jay College,

            Defendant.

18-cv-4844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 11, 2021, the Court granted Plaintiff's request for an extension to file his Second Amended Complaint to August 25, 2021. Dkt. No. 66. Plaintiff filed the Second Amended Complaint on August 25, 2021, but the filing was deficient, requiring that Plaintiff acquire leave of the Court or the consent of Defendant before re-filing. Plaintiff shall request leave of the Court or Defendant's consent by September 7, 2021.

    SO ORDERED.

Dated: September 2, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge