UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:  9/20/21             │
└─────────────────────────────────┘
```

Stanley,

        Plaintiff,

   –v–

CUNY, John Jay College,

        Defendant.

18-cv-4844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

September 9, 2021, the Court granted Plaintiff leave to file an amended complaint. Dkt.

No. 70. Plaintiff shall file an amended complaint by September 27, 2021.


    SO ORDERED.

Dated: September 20, 2021
     New York, New York

_____
        ALISON J. NATHAN
     United States District Judge