UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21
```

David Stanley,

              Plaintiff,

   –v–

CUNY, John Jay College, et al.,

              Defendants.

18-cv-4844 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       The Court on September 20, 2021, granted Plaintiff leave to file an amended complaint, Dkt. No. 71, which Plaintiff filed on September 28, 2021, Dkt. No. 77.  But Plaintiff has failed to file proof that he served the amended complaint on Defendants.  Plaintiff is ORDERED to serve Defendants and file proof of service by January 10, 2022.  Failure to do so may result in dismissal with prejudice for failure to prosecute this action.

SO ORDERED.

Dated: December 21, 2021
       New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge