UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID STANLEY,

                Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK, ELMER PHELON, ANTHONY BRACCO, NEIL STEWART *and* SUSAN JEFFREY,

                Defendants.

18 Civ. 4844 (PAE) (OTW)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

After consultation with the Hon. Ona T. Wang, the referral order at docket 110 is withdrawn. This case is now before this Court for all purposes.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 13, 2022
      New York, New York