UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID STANLEY,

                             Plaintiff,

    -v-

CITY UNIVERSITY OF NEW YORK, ELMER PHELON, ANTHONY BRACCO, NEIL STEWART *and* SUSAN JEFFREY,

                            Defendants.

18 Civ. 4844 (PAE) (OTW)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court directs plaintiff to file his opposition brief, if any, by Monday, April 18, 2022. This deadline will not be extended. If an opposition is not filed by that date, the Court will treat the motion as unopposed and will grant the motion to dismiss.

    SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: April 14, 2022
         New York, New York