**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 661-5306                                                                                    FAX: (646) 349-5308

May 6, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
  for the Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

        Re:    *Stanley v. CUNY, et al.*
                **Civil Action No.: 18-CV-4844 (PAE)**

Hon. Judge Engelmayer:

    I represent the Plaintiff and write further to Defendants' letter to this court, dated May 5, 2022 [DN 116].

    I respectfully request until **May 13, 2022,** by which to write a letter to this court seeking to withdraw as counsel.

    This additional time is motivated, among other things, by the difficulty that the Plaintiff has encountered in securing alternative legal representation. As a result, there is a possibility that I will continue to represent Mr. Stanley in opposing Defendants' motion to dismiss.

    This is the first time Plaintiff has sought an extension of time to file the letter seeking to withdraw as counsel.

    No other deadlines will be affected were this court to grant the additional time requested.

                                                Respectfully submitted,

                                                Ian F. Wallace

Granted.  SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
May 9, 2022

1