UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
DAVID STANLEY,                                               :
                Plaintiff,                :
                                              :          **SUBSTITUTION OF COUNSEL**
             -against-                       :          **AND WITHDRAWAL OF**
                                              :          **APPEARANCE**
CITY UNIVERSITY OF NEW YORK, ELMER   :
PHELON, ANTHONY BRACCO, NEIL         :          18-cv-4844 (PAE)
STEWART and SUSAN JEFFREY,           :
:          **ORIGINAL FILED BY ECF**
                Defendants.              :
:
:
-------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Eva L. Dietz, Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York, is hereby substituted as counsel of record for Defendants in the above-captioned action, and that Assistant Attorney General Mark E. Klein withdraws his appearance for Defendants.

      The Clerk of Court is respectfully requested to terminate Mr. Klein's appearance.

Dated: New York, New York
         November 30, 2022

**LETITIA JAMES**
Attorney General
State of New York
*Attorney for Defendants*

| By: | By: |
|---|---|
|   /s/ *Eva L. Dietz* |   /s/ *Mark E. Klein* |
| Eva L. Dietz | Mark E. Klein |
| Assistant Attorney General | Assistant Attorney General |
| 28 Liberty Street | 28 Liberty Street |
| New York, New York 10005 | New York, New York 10005 |
| Tel: (212) 416-6211 | Tel: (212) 416-8663 |
| Eva.Dietz@ag.ny.gov | Mark.Klein@ag.ny.gov |

**SO ORDERED**:

Dated: New York, New York
       December    , 2022

                                                                                   _____
                                                                                  Honorable Paul A. Engelmayer
                                                                                  United States District Judge