UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID STANLEY,

                      Plaintiff,

    -against-                                           18 CIVIL 4844 (PAE)

## JUDGMENT

CITY UNIVERSITY OF NEW YORK,
ELMER PHELON, ANTHONY BRACCO,
NEIL STEWART, SUSAN JEFFREY,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2023, defendants' motion to dismiss is granted. The Court has dismissed all federal claims in the SAC with prejudice, and, has declined to exercise supplemental jurisdiction over the SAC's state-law claims, dismissed these without prejudice to his right to pursue them in state court. The Court has also denied Stanley's motion to file a Third Amended Complaint, without prejudice to Stanley's right, in a separate lawsuit, to challenge actions outside the scope of the SAC and its predecessors; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2023

                                                                       **RUBY J. KRAJICK**

                                                                       _____
                                                                       **Clerk of Court**

                                           **BY:**      *K. Mango*

                                                                         _____
                                                                       **Deputy Clerk**