# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DAVID STANLEY,

Plaintiff/Petitioner,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

__18__ CV __3844__ ( PAE )(     )

-against-

**NOTICE OF APPEAL**

CITY UNIVERSITY OF NEW YORK, ELMER PHELON, ANTHONY BRACCO, NEIL STEWART and SUSAN JEFFREY,

Defendants/Respondents,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: DAVID STANLEY

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: March 31, 2023

(date that judgment or order was entered on docket)

that: Granted Defendants' motion to dismiss, dismissed all federal claims in the second amended complaint ("SAC") with prejudice; and declined to exercise supplemental jurisdiction over the SAC's state-law claims.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 28, 2023

Dated

Signature*

Ian Wallace, Law Offices of Ian Wallace, PLLC.

Name (Last, First, MI)

| 501 Fifth Avenue, 19th Floor | New York | New York | 10017 |
|---|---|---|---|
| Address | City | State | Zip Code |

(212) 661-5306

Telephone Number

ifw@wallacelaw-ny.com

E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13